UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN SHAH, | Case No.  1:26-cv-02464-JLT-EPG |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | (ECF No. 2) |
| CITY OF CORCORAN POLICE DEPARTMENT, | |
| Defendant. | |

Plaintiff Karen Shah ("Plaintiff") proceeds *pro se* in this civil action and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 2). Plaintiff has made the requisite showing under § 1915(a). Accordingly, Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) are granted.

IT IS SO ORDERED.

Dated:    **April 1, 2026**                    /s/ *Erica P. Grosjean*
                                             UNITED STATES MAGISTRATE JUDGE

1