**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN SHAH,<br>Plaintiff,<br>v.<br>CITY OF CORCORAN, *et al.*,<br>Defendants. | No. 1:26-cv-02464-JLT-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THIS ACTION BE DISMISSED<br><br>(Doc. 11) |

Karen Shah proceeds *pro se* and *in forma pauperis* in this civil action. Plaintiff's first amended complaint alleges that Defendants' police report about her auto accident contained factual inaccuracies.

On July 17, 2026, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed for failure to state a claim. (Doc. 11). The Court served the findings and recommendations on Plaintiff and notified her that any objections were due within 30 days. (*Id.* at 7). The Court advised the parties that the failure to file timely objections may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834 838-39 (9th Cir 2014).) Plaintiff filed timely objections on September 4, 2026. (Doc. 12).

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court

concludes the findings and recommendations are supported by the record and proper analysis. In her objections, Plaintiff repeatedly requests an additional opportunity to amend but fails to suggest how she might plausibly be able to overcome the deficiencies identified by the Court. In particular, assuming Plaintiff can allege that a defendant official deliberately fabricated evidence, she has failed to suggest how any such fabrication caused a loss of a protected liberty interest and the Court cannot envision how she could possibly overcome that deficiency. Thus, further opportunity to amend would be futile.

Thus, the Court **ORDERS**:

1. The findings and recommendations issued on July 17, 2026 (Doc. 104) are **ADOPTED IN FULL**.
2. Plaintiff's first, second, fourth, and fifth causes of action in her First Amended Complaint (Doc. 7) is dismissed with prejudice for failure to state a claim.
3. Plaintiff's third cause of action for negligence in her First Amended Complaint (Doc. 7) is dismissed without prejudice for lack of federal jurisdiction, and failure to comply with the Government Claims Act, without further leave to amend.
4. The Clerk of Court is directed to **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated: _September 9, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE